# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SAMUEL ZEIGLER, JR., | Civil Action |
| Plaintiff, | No. 09-6022 |
| v. |  |
| MICHAEL J. ASTRUE, Commissioner of Social Security, |  |
| Defendant. |  |

## ORDER

**AND NOW**, this 10th day of December, 2010, it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum, plaintiff has 14 days from the date of this order to file objections to the Report and Recommendation (Docket No. 13) filed by Magistrate Judge Linda K. Caracappa on November 30, 2010.

/s/ Louis H. Pollak
Pollak, J.